IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A. HULL,

    Petitioner,

v.                              CASE NO. 1:08cv229-MMP/AK

GEORGE SHELDON, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Motion for Leave to Proceed *in forma pauperis*, by Robert A. Hull. A review of his inmate account statement reveals that Petitioner has the funds to pay the $5.00 filing fee, in that his average balance and deposits for the last six months is more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 4, is **DENIED**.

2. Petitioner shall have until **January 9, 2009**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  *9th*  day of December, 2008.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**