IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A. HULL,

    Petitioner,

v.                                     CASE NO. 1:08-cv-229-MMP-AK

GEORGE SHELDON AND
WILLIAM BAXTER,

    Respondents.

_____/

**ORDER**

By prior order, the Court directed Petitioner to file an amended petition. Doc. 8. The date that petition was ordered due is incorrect in the Order. This order corrects the scrivener's error and sets the due date for filing the amended petition as **March 16, 2009**. In all other respects, the prior order remains in full force and effect.

    **DONE AND ORDERED** this 10th day of February, 2009.

                                                  s/A. Kornblum
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**