IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A. HULL,

    Petitioner,

v.                                                                 CASE NO. 1:08-cv-229-MMP-AK

GEORGE BUSH, et al.,

    Respondents.

_____/

**<u>ORDER</u>**

By prior order, the Court directed Petitioner to file a supplement to his amended petition for writ of habeas corpus regarding his exhaustion of administrative remedies. While Petitioner has advised the Court of his state court counsel's names, he has not submitted his supplement in the form directed, i.e.,"an affidavit which is either notarized or sworn to under penalty of perjury advising the Court of the date or dates on which he sought administrative or court review of his detention and the result, if any, of those proceedings and to submit, if available, copies of any documents supporting Petitioner's affidavit statements." Instead, Petitioner has only explained why he cannot provide copies of the documents related to exhaustion. His inability to provide copies, however, does not relieve him of his duty to advise the Court in the clearest terms possible of what attempts he made to secure release through the state court system.

Accordingly, it is **ORDERED**:

That, no later than **May 15, 2009**, Petitioner shall submit a second supplement to his amended petition in the form of an affidavit explaining what efforts, if any, he has taken to

exhaust his state court and/or administrative remedies;

**That failure to comply with this order may result in a recommendation to the district judge that this cause be dismissed for failure to obey an order of the court or to prosecute this action.**

**DONE AND ORDERED** this *13th* day of April, 2009.

    *s/A.Kornblum*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**