IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A. HULL,

       Petitioner,

v.                                                                                          CASE NO. 1:08-cv-229-MMP-AK

GEORGE SHELDON &
WILLIAM BAXTER,

       Respondents.

_____/

## REPORT AND RECOMMENDATION

       This cause is before the Court on Respondents' motion to dismiss. Doc. 22. Petitioner

has not filed a reply, and the time for doing so has expired. This cause is therefore in a posture

for decision. Having carefully considered the matter, the Court recommends that the motion be

granted.

       Petitioner was placed into Respondents' custody pursuant to a state court order adjudging

him to be incompetent to proceed as a defendant in a pending criminal case. Doc. 22, Ex. A. On

May 6, 2009, the state court was advised by Respondent Baxter that Petitioner had regained his

competency. Doc. 22, Ex. B. Shortly thereafter, the state court ordered Petitioner transported

from Respondents' facility to the custody of the Sheriff of Lee County, Florida. Doc. 22, Ex. C.

The transfer of custody was effected as evidenced by Petitioner's change of address. Doc. 22,

Ex. D. Subsequently, the state court entered an order finding Petitioner competent to proceed to

trial. Doc. 22, Ex. E.

       In the instant petition, Petitioner challenged his continued detention by the Department of

Children and Families in the North Florida Evaluation and Treatment Center. Because he has

been released from the instant Respondents' custody, he has achieved the relief he sought. This

cause is therefore moot.

In light of the foregoing, it is respectfully **RECOMMENDED** that Respondents' motio

to dismiss, Doc. 22, be **GRANTED**, and this cause be **DISMISSED AS MOOT**.

**IN CHAMBERS** at Gainesville, Florida, this 14th day of August, 2009.


s/A.Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**