IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A HULL,

      Petitioner,

v.                                         CASE NO. 1:08-cv-00229-MP-AK

WILLIAM BAXTER, GEORGE SHELDON,

      Respondents.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 25, Report and Recommendation regarding the First Motion to Dismiss filed by Respondents, Doc. 22.  Upon consideration, the Magistrate Judge recommends that Respondents' Motion to Dismiss be granted and this cause be dismissed as moot.  Petitioner has filed no objection to this Report and Recommendation, and the time to do so has passed.  Petitioner's requested relief was to leave the custody of the Department of Children and Families in the North Florida Evaluation and Treatment Center, and he was indeed transferred out of their custody.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 25, is ADOPTED and incorporated herein.

2.     Respondents' Motion to Dismiss, Doc. 22, is GRANTED, and this cause is DISMISSED AS MOOT.

      **DONE AND ORDERED** this   *15th* day of September, 2009



                       *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge